No. 00–1618.  INDECK ENERGY SERVICES INC. ET AL. *v.* CONSUMERS ENERGY CO. ET AL.  C. A. 6th Cir.  Motion of Attorney General of Michigan for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 00–1621.  UNITED STATES *v.* GWI PCS 1, INC., ET AL. C. A. 5th Cir.  Motion of Cingular Wireless LLC et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 00–1661.  ORGANIZATION FOR COMPETITIVE MARKETS, INC. *v.* SEABOARD FARMS, INC.  C. A. 8th Cir.  Motion of Reporters Committee for Freedom of the Press et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.